UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| The P&G Health & Longterm Disability Plan, fka The Procter & Gamble Disability Benefit Plans | : : : | Case No.: 1:19-cv-01050 |
| | : | Judge: Timothy S. Black |
| Plaintiff, | : : | |
| v. | : : | |
| Sonya P. Pugh | : : | ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT |
| Defendant. | : | |

This matter is before the Court upon Plaintiff's application for default judgment. Plaintiff's application is well-taken. Defendant was served June 27, 2020, and no answer or other responsive pleading has been filed by the defendant. More than 60 days have passed since the date of service. Pursuant to Civ. R. 55(b)(1), plaintiff's Application for Default Judgment is GRANTED. The Clerk of Courts shall enter a Judgment against the defendant on Counts One through Six in the amount of $12,761.79, plus costs of $420.63 and post judgment interest at the statutory rate, whereupon this case shall be TERMINATED on the Court's docket.

IT IS SO ORDERED.

3/18/2022
DATE

*Timothy S. Black*
Timothy S. Black
U.S. District Judge